United States District Court
Southern District of Texas
**ENTERED**
December 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ANDRES LUCERO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | MISCELLANEOUS NO. 7:22-MC-134 |
| § | |
| REBECCA CANCHOLA, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's miscellaneous action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 7 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that Plaintiff's miscellaneous action be **DISMISSED** for failure to prosecute.

The Clerk shall send a copy of this Order to Plaintiff.

SO ORDERED December 9, 2022, at McAllen, Texas.

Randy Crane
Chief United States District Judge